13

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE S. AVILA | § | |
| | § | |
| VS. | § | CIVIL CAUSE NO. 96-049 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER DENYING JOSE S. AVILA'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE and GRANTING GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT and DISMISSING PETITION

Before this Court is Jose S. Avila's Motion to Vacate, Set Aside, or Correct Sentence and the Government's Motion for Summary Judgment. After a de novo review of the entire file, it is the opinion of this Court that Jose S. Avila's Motion to Vacate, Set Aside, or Correct Sentence be DENIED. Furthermore, it is the opinion of this Court that the Government's Motion for Summary Judgment be GRANTED. The above action constitutes an effective DISMISSAL of all pending motions.

DONE this 2ND day of October, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge