*17*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE AVILA, | § | |
|     Petitioner, | § | |
| | § | |
| vs. | § | Civil No. 96-49 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER

Before this Court is the petitioner's Motion for Reconsideration and Alternatively, for Correction of Order. This Court adopted the Findings of Facts of the Government on the 26th day of October, 1998 for independent reasons and only after a review of the evidentiary hearing before the now retired United States Magistrate, Fidencio Garza. Therefore, after having duly considered said motion, it is the opinion of this Court that said motion should be and is hereby **DENIED**.

DONE this 28th day of July, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge