21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 10 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CIVIL NO. B-96-049 |
| | * | (CR-B-92-102-01) |
| JOSE S. AVILA | * | |

## ORDER

Defendant's, JOSE S. AVILA, Motion to Withdraw Roy R. Barrera, Sr. as his Attorney of Record in the above styled and numbered cause and appeals associated therewith having been presented to me, the undersigned Judge, and the same having been duly considered, it is accordingly

ORDERED that said Motion to Withdraw be in all things granted.

ORDERED that the said ROY R. BARRERA, SR., attorney, is released from any further responsibility in the above captioned matter and appeals associated therewith.

SIGNED this 30th day of August, 1999.

_____
JUDGE PRESIDING

4