27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

NOV 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED ATATES OF AMERICA, | § | |
| Pliantiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-049 |
| | § | |
| JOSE S. AVILA, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 18, 2000 should be **ADOPTED**.

IT IS ORDERED that the Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28 U.S.C. § 2255 (Docket No. 24) be **DISMISSED** for lack of jurisdiction.

DONE at Brownsville, Texas this 16th day of November, 2000.

Filemon B. Vela
United States District Court Judge